The document below is hereby signed.

Signed: December 8, 2013



*S. Martin Teel, Jr.*
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| BEVERLY ANN CARTER, | ) | Case No. 13-00678 |
| | ) | (Chapter 7) |
| Debtor. | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter |

MEMORANDUM DECISION AND ORDER
DENYING MOTION TO RECONSIDER DISMISSAL

The debtor has timely filed a motion to reconsider the dismissal of her case pursuant to Federal Rule of Bankruptcy Procedure 9023 (incorporating Fed. R. Civ. P. 59).[1] The case was dismissed because the debtor failed to receive prepetition credit counseling, which is a requirement for an individual to be a debtor in bankruptcy. *See* 11 U.S.C. § 109(h).

The motion does not set forth grounds that warrant setting aside the dismissal order. The debtor states that she did not obtain prepetition credit counseling because she was "forced to

---

[1] The debtor's motion is entitled "Motion to Reopen Bankruptcy Case," but the case has not been closed. Therefore, the court is treating the motion as one to reconsider the dismissal of the case.

file an emergency bankruptcy petition after being out of work due to medical illness and lawsuit that threatened to repose [sic] the debtor's home/residence." However, this general statement is insufficient to establish exigent circumstances. Even if this did amount to exigent circumstances, she has failed to set forth the specific requests she made for credit counseling services before she filed her petition and why she was unable to obtain the services within seven days of the request. Moreover, the certification filed with the debtor's motion is Form B23, the debtor's certification of a postpetition course concerning personal financial management, not the *prepetition* credit counseling certificate that is required under 11 U.S.C. § 109(h). Accordingly, it is

ORDERED that the debtor's request for reconsideration of her dismissal is DENIED.

[Signed and dated above].

Copies to: Debtor; recipients of e-notification of orders.